THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
RECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
The State, Respondent,
v.
Harold Edwin Upton, Appellant.
 
 
 

Appeal from Spartanburg County
 J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2007-UP-070
Submitted January 2, 2007  Filed February 12, 2007   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Harold W. Gowdy, III,  of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Harold Edwin Upton appeals his conviction of murder.  Upton claims the trial court erred by failing to direct a verdict for him on the charge of murder.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Uptons appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., and KITTREDGE and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.